## July 8, 2015

| | | |
|---|---|---|
| CAAP–14–00 00790 | Westerdahl v. Boushley | Affirmed |